**GENELUX CORPORATION and Ronald Simus, Plaintiffs Below–Cross–Appellees,**

**v.**

**Albert ROEDER and Byron Georgiou, Defendants Below–Cross–Appellants,**

**and**

**Dr. Aladar Szalay, Intervenor Below–Cross–Appellant.**

**No. 631, 2015**

Supreme Court of Delaware.

Submitted: June 30, 2016
Decided: July 6, 2016

Dismissed.